**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| **MARY MARGARET WOOD,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| **v.** | § | **Civil Action No.4:20-cv-00653** |
| | § | |
| **DOVENMUEHLE MORTGAGE, INC.** | § | |
| **AND VILLAGE CAPITAL &** | § | |
| **INVESTMENT, LLC.,** | § | |
| | § | |
| | § | |
| **Defendants.** | § | |

**DEFENDANTS' CERTIFICATE OF INTERESTED
PARTIES / CORPORATE DISCLOSURE STATEMENT**

Defendants Dovenmuehle Mortgage, Inc., and Village Capital & Investment, LLC., (collectively, "Defendants") file this Certificate of Interested Parties/Corporate Disclosure Statement and respectfully show as follows:

**INTERESTED PARTIES**

The following is a complete list of all persons, associations of persons and entities that are financially interested in the outcome of the case, to Defendants' knowledge:

1.      Mary Margaret Wood
        Plaintiff
        c/o Emil Lippe, Jr.
        Texas Bar No. 12398300
        emil@texaslaw.com
        Law Offices of Lippe and Associates
        12222 Merit Tower, Suite 1200
        Dallas, Texas 75201
        Telephone: 214-855-1850
        Fax: 214-720-6074

2.      Dovenmuehle Mortgage, Inc.
        Defendant
        c/o Mark D. Cronenwett
        Mackie Wolf Zientz & Mann, P. C.
        14160 North Dallas Parkway
        Dallas, TX 75254
        (214) 635-2650 Telephone
        (214) 635-2686 Facsimile
        mcronenwett@mwzmlaw.com

        Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Dovenmuehle Mortgage, Inc.
        does not have a parent corporation and according to SOS filings, no publicly held
        corporation owns more than ten percent of its common (voting) stock.

3.      Village Capital & Investment, LLC
        Defendant
        c/o Mark D. Cronenwett
        Mackie Wolf Zientz & Mann, P. C.
        14160 North Dallas Parkway, Suite 900
        Dallas, TX 75254
        Tel: (214) 635-2650
        mcronenwett@mwzmlaw.com

        Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Village Capital &
        Investment, LLC, is not a publicly held company.


                                        Respectfully submitted,

                                        By:  /s/ Mark D. Cronenwett
                                            **MARK D. CRONENWETT**
                                            Texas Bar No. 00787303
                                            mcronenwett@mwzmlaw.com

                                        **MACKIE WOLF ZIENTZ & MANN, P. C.**
                                        14160 North Dallas Parkway, Suite 900
                                        Dallas, TX 75254
                                        Telephone: (214) 635-2650
                                        Facsimile: (214) 635-2686

                                        *Attorneys for Defendants*

---

DEFENDANTS' CERTIFICATE OF INTERESTED
PARTIES/CORPORATE DISCLOSURE STATEMENT                                    Page 2

## CERTIFICATE OF SERVICE

I hereby certify that on June 24, 2020 a true and correct copy of the foregoing was served via regular U.S. mail on the following counsel:

**VIA U.S REGULAR MAIL**
Emil Lippe, Jr.
emil@texaslaw.com
Law Offices of Lippe and Associates
12222 Merit Tower, Suite 1200
Dallas, Texas 75201
*Attorney for Plaintiff*

*/s/ Mark D. Cronenwett*
**MARK D. CRONENWETT**